IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATALINA BLANCO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1591 |
| | § | |
| SELECT SPECIALTY HOSPITAL HOUSTON, L.P., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion issued on this date, the suit filed by Catalina Blanco, through her representative Hortencia Sanchez, against Select Specialty Hospital Houston, L.P. is dismissed. The claim that the defendant violated the Medicare Act is dismissed without prejudice for lack of subject matter jurisdiction. The claim that the defendant violated the Due Process Clause of the Fourteenth Amendment to the United States Constitution is dismissed with prejudice for failure to state a claim.

Each party will bear its own costs.

SIGNED on July 31, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge